**Order filed July 6, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00041-CR
_____

**RODNELL HERBERT TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1605840**

## ORDER

On May 19, 2021, a supplemental clerk's record was filed in the court reflecting the trial court appointed Mark Hochglaube to represent appellant. The motion to withdraw filed by former appellate counsel has been granted and the appeal reinstated.

Appellant's brief is due August 5, 2021.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Zimmerer and Hassan.